**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 06-1276**

_____

MOUSSA KOUROUMA,

                                               Petitioner,

        versus

ALBERTO R. GONZALES, Attorney General,

                                               Respondent.

_____

On Petition for Review of an Order of the Board of Immigration
Appeals. (A97-938-199)

_____

Submitted: November 3, 2006       Decided: November 14, 2006

_____

Before WILLIAMS and GREGORY, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

_____

Petition denied by unpublished per curiam opinion.

_____

Kell Enow, LAW OFFICES OF ENOW & PATCHA, Silver Spring, Maryland,
for Petitioner. Rod J. Rosenstein, United States Attorney, Allen
F. Loucks, Assistant United States Attorney, Baltimore, Maryland,
for Respondent.

_____

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Moussa Kourouma, a native and citizen of Guinea, petitions for review of an order of the Board of Immigration Appeals (Board) adopting and affirming the immigration judge's denial of his motion to reopen.

A denial of a motion to reopen is reviewed for abuse of discretion. INS v. Doherty, 502 U.S. 314, 323-24 (1992). A denial of a motion to reopen must be reviewed with extreme deference, since immigration statutes do not contemplate reopening and the applicable regulations disfavor motions to reopen. MA v. INSA, 899 F.2d 304, 308 (4th Cir. 1990) (en banc).

The Board ruled that Kourouma did not establish that exceptional circumstances prevented him from appearing before the immigration judge for a scheduled proceeding. We have reviewed the evidence of record and conclude that Kourouma fails to show that the Board abused its discretion. Accordingly, we deny the petition for review. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

PETITION DENIED